

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 13, 2022

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007

# MEMO ENDORSED

Re:  **United States** v. **Jose Calderon**, 21 Cr. 282 (DLC)

Dear Judge Cote:

The Government understands that the defendant in the above-captioned case has agreed to plead guilty, pursuant to a written plea agreement. The parties respectfully request that the Court schedule a change of plea hearing. The parties are available September 28, 29, and 30. Please let us know if the Court would like availability in October.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  __/s/ *Thomas Burnett*_____
Assistant United States Attorney

A Change of Plea is scheduled for September 28, 2022 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED
September 15, 2022

_____
DENISE COTE
United States District Judge